# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **TAVISTOCK RESTAURANTS, LLC d/b/a NAPA VALLEY GRILLE,**<br>　　**Plaintiff,**<br>　　vs.<br>**CONSTANTINO PAPANICOLAOU, aka DINO PAPANICOLAOU d/b/a THE NAPA GRILL and d/b/a URBAN HOMES, INC.,**<br>　　**Defendants.** | **Case No.: SACV 11-00684-CJC(MLGx)**<br><br>**PRELIMINARY INJUNCTION** |

On June 13, 2011, the Court granted the motion for a preliminary injunction in favor of Plaintiff Tavistock Restaurants, LLC d/b/a Napa Valley Grille ("Tavistock"), against Defendant Constantino Papanicolaou aka Dino Papanicolaou d/b/a The Napa Grill and d/b/a Urban Homes, Inc. ("Mr. Papanicolaou").

IT IS HEREBY ORDERED THAT PENDING TRIAL on Plaintiff's claims, Defendant and its officers, directors, agents, servants, employees, and those in active

concert or participation with them, ARE HEREBY ENJOINED from using the words "The Napa Grill" or "Napa Valley Grille," alone or in combination with symbols, configurations or designs, including the logo design currently used by Plaintiff and the logo design currently used by Defendant, in a manner intended to designate the source or the origin of a restaurant located within 120 miles of Plaintiff's restaurant in Westwood, California.

This preliminary injunction shall be effective upon the posting by Plaintiff of an undertaking or bond in the sum of $10,000.

DATED: June 13, 2011

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE