BINGHAM MCCUTCHEN LLP
Todd Gordinier (CA SBN 82200)
todd.gordinier@bingham.com
Andrea Bird (CA SBN 270791)
andrea.bird@bingham.com
600 Anton Boulevard, 18th
Costa Mesa, CA 92626
714.830.0600
714.830.0700

BINGHAM MCCUTCHEN LLP
JOSHUA M. DALTON (admitted *pro hac vice*)
joshua.dalton@bingham.com
One Federal Street
Boston, MA 02110
Telephone: 617-951-8000
Facsimile: 617-951-8736

Attorneys for Plaintiff Tavistock Restaurants, LLC, d/b/a Napa Valley Grille

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TAVISTOCK RESTAURANTS, LLC, d/b/a NAPA VALLEY GRILLE<br><br>Plaintiff,<br>v.<br><br>CONSTANTINO PAPANICOLAOU, aka DINO PAPANICOLAOU, f/d/b/a THE NAPA GRILL, and d/b/a THE NAPA TAVERN<br><br>Defendant. | No. SACV 11-0684 CJC (MLGx)<br><br>[PROPOSED] ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF ACTION WITH PREJUDICE<br><br>Judge:   Hon. Cormac J. Carney |

A/74553800.1/3000907-0000355000

1  Having considered the joint stipulation of Plaintiff Tavistock Restaurants, LLC d/b/a Napa Valley Grille ("Plaintiff") and Defendant Constantino Papanicolaou aka Dino Papanicolaou f/d/b/a The Napa Grill, and d/b/a The Napa Tavern ("Defendant"), **IT IS HEREBY ORDERED AND ADJUDGED** that:

2.  1.  Defendant Constantino Papanicolaou, Defendant, his officers, directors, agents, servants, employees, and those in active concert or participation with them, are hereby PERMANENTLY ENJOINED from using the word "'Napa" in conjunction with "Grill", or "'Valley", or "Grille", alone or in combination with symbols, configurations or designs, in a manner intended to designate the source of the origin of a restaurant located within 120 miles of Plaintiff's restaurant in Westwood, California.

3.  2.  This matter is otherwise hereby DISMISSED WITH PREJUDICE and all parties shall bear their own costs and attorney's fees.

DATED: November 04, 2011

_____
Hon. Cormac J. Carney
United States District Court Judge
Central District of California

- 2 -
**[PROPOSED]** ENTRY OF PERMANENT INJUNCTION AND
DISMISSAL OF ACTION WITH PREJUDICE
A/74553800.1/3000907-0000355000